**PD-0138-15**

NO._____

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| CESAR GOMEZ | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1. The style and number of this case in the Court of Appeals, is: *Cesar Gomez v. The State of Texas*, Appeal No. 12-13-00050-CR.

2. The style and number of the case in the trial court is: *The State of Texas v. Cesar Gomez*; Cause No. 241-0529-12; from the 241st District Court of Smith County, Texas.

3. The conviction was affirmed in the Tyler Court of Appeals on January 21, 2015.

4. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is **February 20, 2015.**

5. An extension of time for a period of sixty (60) days is requested that would make the due date **Tuesday, April 21, 2015.**

**Page 1**

6. No prior request for extension of time has been made.

7. The facts relied upon to show good cause for the requested extension of time are, as follows: The Appellant was represented by counsel during the appeal of this conviction to the Court of Appeals. After convictions were affirmed, the trial court refused to appoint counsel to file Petition for Discretionary Review. Therefore, additional time is needed for the Appellant to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** The Appellant respectfully request that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to Tuesday, April 21, 2015.

**Respectfully submitted,**

*Cesar Gomez*
CESAR GOMEZ
TDCJ-ID # 1839985
EASTHAM STATE FARM
2665 PRISON ROAD # 1
LOVELADY, TEXAS 75851

CC/ FILE
    Smith County District Attorney Matt Bringham

## CERTIFICATE OF SERVICE

I, Cesar Gomez, do hereby swear (or certify, clarify or state) that the foregoing is true and correct, and a true and correct copy of the foregoing Motion for Extension of time to File Petition for Discretionary review has been served on the Respondent at: The Smith county District Attorney, Matt Bringham, 100 N. Broadway ave, Tyler, Texas 75702, by placing the same in the Institutional Internal Mailing System first-class postage pre-paid on this the 2nd day of February, 2015. I further state this the same foregoing was placed in the mail to the Court of Criminal Appeals, P.O.Box 12308, Austin, Texas 78711-2308 on the same date.
28 U.S.C. § 1746
Executed on this the 2nd day of February, 2015.


Cesar Gomez
Cesar Gomez
TDCJ-ID # 1839985
Eastham State Farm
2665 Prison road # 1
Lovelady, Texas 75851